# Newark

Cory Booker
Mayor

**Department of Law**

Julien X. Neals
Corporation Counsel

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

Michael A. Oppici
Assistant Corporation Counsel
Direct Dial (973) 733-5894
oppicim@ci.newark.nj.us

August 14, 2009

**(By Facsimile)**

Honorable Garrett E. Brown, Jr., Chief Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Bldg. &
United States Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

    RE:  **Sharon Davis v. City of Newark, et al**
          **Civil Action No. 09-cv-01032 (GEB-MF)**

Dear Judge Brown:

    This office represents Defendants, the City of Newark Police Department and the Individual, Defendant Police Officers with respect to the above-entitled action. Defendants will file a motion to dismiss the Complaint, pursuant to Fed.R.Civ.P. 12(b)(6). Because Plaintiff's Complaint contains 19 separate counts, Defendants response will require additional pages with respect to their brief. Accordingly, Defendants respectfully request the Court's permission to file a brief in support of the foregoing motion that exceeds the 40 page limit imposed by Fed.R.Civ.P. 7 and L.Civ.P. 7.2.

    We thank the Court for Your Honor's consideration regarding this matter.

Respectfully submitted,

JULIEN X. NEALS
CORPORATION COUNSEL

By: _____
Michael A. Oppici, Esq.
Assistant Corporation Counsel

*Request Granted this 14th Day of August, 2009*
*/s/ Garrett E. Brown, Jr.*

C:  Kelly Waters, Esq. (by electronic & regular mail)
     Matthew D. Areman, Esq. (by electronic & regular mail)
     Sharon Davis, Plaintiff Pro Se (by certified & regular mail)